**Order entered July 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00566-CV

### KELVIN SMITH AND ANGELIA SMITH, Appellants

### V.

### CONN APPLIANCES, INC. D/B/A CONN'S, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14173**

## ORDER

The reporter's record in this case is overdue. By postcard dated June 1, 2015, we notified the official court reporter for the 134th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Vielica Dobbins to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellants have not requested the record. *We notify appellants that if we receive verification they have not requested the reporter's record, we*

*will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE